IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHANITA J. JAMES,                        )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )    CIVIL ACTION NO. 24-0459-MU
                                         )
FRANK J. BISIGNANO,                      )
Commissioner of Social Security,[1]      )
                                         )
          Defendant.                     )

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **25th** day of **March, 2026**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Frank J. Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Frank J. Bisignano is substituted in lieu of Leland Dudek as the defendant in this action.